# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>David Lavell MORGAN<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:22-mj-26<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 29, 2022__ in the city/county of __Henrico__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Stephen E. Anthony
*Printed name and title*

*Complainant's signature*

Special Agent Nasir Sessoms
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ *(specify reliable electronic means)*.

Date: __3/29/22__

/s/ _____
Elizabeth W. Hanes
United States Magistrate Judge
*Judge's signature*

City and state: __Richmond, Virginia__    Hon. Elizabeth W. Hanes, US Magistrate Judge
*Printed name and title*